IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HOLLI JAKES, as Special Administrator of the Estate
of RICHARD J. RASMUSSEN, Deceased,                   ORDER

                 Plaintiff,                                09-cv-133-slc

  v.

GARY NILSON,

                 Defendant.

---

Attached for consideration before today's 3:30 p.m. telephonic final pretrial conference is the court's proposed voir dire, jury instructions and form of special verdict.

Entered this 12th day of May, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

1